An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
BRENT D. PERCIVAL, BAR NO. 3656.

No. 67971

**FILED**

SEP 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION

This is a petition by bar counsel under SCR 111(4) concerning attorney Brent D. Percival, based on Percival's conviction in Las Vegas Township Justice Court, pursuant to a nolo contendere plea, of one count of first-offense driving under the influence, a misdemeanor.[1] Percival informed bar counsel of his conviction. *See* SCR 111(2). Because Percival's conviction is not one of those specifically enumerated in SCR 111(6) as a "serious" crime, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

Although the seriousness of drinking and driving cannot be minimized, first-offense driving under the influence is not the type of offense for which professional discipline is typically imposed. 2 Geoffrey C. Hazard, Jr. & W. William Hodes, *The Law of Lawyering* § 69.04 (4th ed. 2015); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993). Accordingly, having considered the petition and supporting documentation, we conclude that Percival's

---

[1]Two other charges were dismissed—one for leaving the scene of an accident, and one for failure to yield to a bicycle.

15- 29063

offense does not warrant the imposition of a temporary suspension or referral to the disciplinary board at this time.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Bar Counsel, State Bar of Nevada
       Brent D. Percival